IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

RECEIVED

2016 DEC -2  P 2: 15

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Robert R. Binion
_____ )
_____ )
_____ )
_____ )
            Plaintiff(s)

2:16-cv-936- MHT-SRW

            v.

Robert m martin ET AL
_____ )
_____ )
_____ )
            Defendant(s)

## MOTION TO PROCEED IN FORMA PAUPERIS

Plaintiff(s)___Robert R Binion_____

moves this Honorable Court for an order allowing her/him to proceed in this case without

prepayment of fees, costs, or security therefor, and for grounds therefor submits the attached

sworn affidavit in support of the motion.

_____Robert R Binion_____
            Plaintiff(s) signature