IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ROBERT R. SHELBY BINION, | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:16cv936-MHT |
| | ) | (WO) |
| GLENN McGRIFF, Circuit | ) | |
| Clerk of Chilton County, | ) | |
| Alabama, et al., | ) | |
| | ) | |
|     Defendants. | ) | |

## OPINION

Plaintiff filed this lawsuit alleging the defendants committed voter fraud and tampering in Chilton County's 2016 General Election. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed for lack of subject matter jurisdiction, or in the alternative, failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 28th day of November, 2017.

                                             /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**